UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-<u>00095-BR</u> |
| v. | **INFORMATION** |
| **AGNES YU,** | 16 U.S.C. §§ 3372(a), 3373(d)(2) |
| **Defendant.** | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
**(Reckless Sale of Wildlife Illegally Imported and Sold)**
**(16 U.S.C. § 3373(d)(2))**

On or about the 14th day of November 2017, in the District of Oregon, the defendant, AGNES YU, knowingly did sell wildlife that she should have known, with the exercise of due care, had been imported and sold contrary to the laws, treaties, and regulations of the United States, to wit, scales of a pangolin of the genus *Manis*, a species listed on Appendix I of the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"), in that defendant procured and resold 30 grams of said scales for approximately $165,

///

///

///

notwithstanding the fact that pangolin may not be imported for sale as commercial merchandise under CITES and the implementing authorities of the United States.

All in violation of 16 U.S.C. §§ 3372(a) and 3373(d)(2).

Dated: March 22, 2021

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


*/s/ Ryan W. Bounds*
RYAN W. BOUNDS, OSB #00012
Assistant United States Attorney